UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 6, 1999

```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED
          DEC 1 4 1999
        CLERK U.S. DISTRICT COURT
          DISTRICT OF MARYLAND
                              DEPUTY
```

MEMORANDUM TO COUNSEL RE:

      Evelyn Diane Cowie v. Greater
      Southeast Community Hospital Corp., et al.
      Civil #L-97-43

     The Court thanks Mr. Rice for his status report of December 1, 1999. Counsel is directed to file an updated status report on or before March 6, 2000, with the Court.

     Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

                               Very truly yours,

                               Benson Everett Legg

c: Court File

