UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

March 9, 2000

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 9 – 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                           DEPUTY

MEMORANDUM TO COUNSEL RE:   Evelyn Diane Cowie v.
Joseph C. Boschulte, M.D., et al.
Civil #L-97-43

Dear Counsel:

   I thank Mr. Schraub for his status report of March 1, 2000 advising me that Legion Insurance's declaratory judgment action was tried in the Superior Court, District of Columbia, last November and has been taken under advisement.

   The docket reflects that, pursuant to an Order of June 25, 1997, the Maryland case (L-97-43) remains administratively closed pending a decision in the bench trial. Please advise me if I am incorrect. Otherwise, Mr. Schraub should submit a further status report on June 1, 2000.

   Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File

