

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EVELYN DIANE COWIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. L 97-43 |
| | ) |
| JOSEPH C. BOSCHULTE, M.D, et al. | ) |
| | ) |
| Defendants. | ) |

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN 1 9 2000

CLERK U.S. _____ COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### STATUS REPORT OF LEGION INSURANCE COMPANY AND PSYCHIATRISTS' RISK RETENTION GROUP, INC.

Intervenors Legion Insurance Company and Psychiatrists' Risk Retention Group, Inc., by counsel, pursuant to this Court's previous Order directing that the Court be advised by June 1, 2000, as to the status of intervenors' declaratory judgment action, styled Legion Insurance Company, et al. v. Boschulte, et al., Civil Action No. 97-7586, Superior Court of the District of Columbia, do hereby state that following the bench trial of the declaratory judgment action last November, the matter was taken under advisement and the parties are still awaiting a decision from the court.

DATED: May 30, 2000

Respectfully submitted,

SCHRAUB & COMPANY, CHTD.
A Professional Law Corporation

_____
J. Jonathan Schraub
Danny M. Howell

Counsel are to submit a
status report by September 1,
2000.

_____
Herbert N. Maletz, S.J. for
Benson Everett Legg, USDJ

Dated:   June 19, 2000

1481 Chain Bridge Road, Suite 200
McLean, Virginia 22101
(703) 893-3600
Counsel for Intervenors Legion Insurance Company
  and Psychiatrists' Risk Retention Group, Inc.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Status Report of Legion Insurance Company and Psychiatrists' Risk Retention Group, Inc. was this 30th day of May, 2000, served by first class mail, postage prepaid, upon:

>Steven K. Fedder, Esq.
>Caroline E. Petro, Esq.
>Piper, Marbury, Rudnick & Wolfe
>1201 New York Avenue, N.W.
>Penthouse Suite
>Washington, D.C. 20005
>***Counsel for Plaintiff***
>
>Todd K. Pounds, Esq.
>Alexander & Cleaver
>11414 Livingston Road
>Fort Washington, MD 20744-5146
>***Counsel for Defendant, Joseph C. Boschulte, M.D.***
>
>Andrew E. Vernick, Esq.
>Wharton, Levin, Ehrmantraut, Klein and Nash
>104 West Street
>P.O. Box 551
>Annapolis, MD 21404
>***Counsel for Defendant, Joseph C. Boschulte, M.D.***
>
>Steven A. Hamilton, Esq.
>Montedonico, Hamilton & Altman, P.C.
>The Barlow Building
>5454 Wisconsin Avenue
>Suite 1399
>Chevy Chase, MD 20815
>***Counsel for Defendant, Greater Southeast Community Hospital***

_____
Danny M. Howell