UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

March 27, 2001

MEMORANDUM TO COUNSEL RE:    Evelyn Diane Cowie v.
Joseph C. Boschulte. M.D., et al.
Civil #L-97-43

Dear Counsel:

Pursuant to this Court's marginal Order of December 1, 2000, a status report was due on March 1, 2001. To date, no report has been filed. Counsel shall submit the report on or before April 6, 2001

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File   .

