IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EVELYN DIANE COWIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. L 97-43 |
| ) | |
| JOSEPH C. BOSCHULTE, M.D, *et al.* ) | |
| ) | |
| Defendants. ) | |

### STATUS REPORT OF LEGION INSURANCE COMPANY AND PSYCHIATRISTS' RISK RETENTION GROUP, INC.

Intervenors Legion Insurance Company and Psychiatrists' Risk Retention Group, Inc., by counsel, pursuant to this Court's previous Order directing that the Court be advised by March 1, 2001, as to the status of intervenors' declaratory judgment action, styled <u>Legion Insurance Company, et al. v. Boschulte, et al.</u>, Civil Action No. 97-7586, Superior Court of the District of Columbia, do hereby state that following the bench trial of the declaratory judgment action last November, the matter was taken under advisement and the parties are still awaiting a decision from the court.

DATED: March 29, 2001

Respectfully submitted,

SCHRAUB & COMPANY, CHTD.
A Professional Law Corporation

Counsel are to submit a status
report by July 30, 2001.

/s/ J. Jonathan Schraub
Danny M. Howell

/s/ Benson Everett Legg

Dated:   April 3, 2001.

1481 Chain Bridge Road, Suite 200
McLean, Virginia 22101
(703) 893-3600
Counsel for Intervenors Legion Insurance Company
  and Psychiatrists' Risk Retention Group, Inc.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Status Report of Legion Insurance Company and Psychiatrists' Risk Retention Group, Inc. was this 29th day of March, 2001, served by first class mail, postage prepaid, upon:

>Steven K. Fedder, Esq.
>Caroline E. Petro, Esq.
>Piper, Marbury, Rudnick & Wolfe
>1200 Nineteenth Street, N.W.
>Washington, D.C. 20036
>*Counsel for Plaintiff*
>
>Todd K. Pounds, Esq.
>Alexander & Cleaver
>11414 Livingston Road
>Fort Washington, MD 20744-5146
>*Counsel for Defendant, Joseph C. Boschulte, M.D.*
>
>Andrew E. Vernick, Esq.
>Wharton, Levin, Ehrmantraut, Klein and Nash
>104 West Street
>P.O. Box 551
>Annapolis, MD 21404
>*Counsel for Defendant, Joseph C. Boschulte, M.D.*
>
>Steven A. Hamilton, Esq.
>Montedonico, Hamilton & Altman, P.C.
>The Barlow Building
>5454 Wisconsin Avenue
>Suite 1399
>Chevy Chase, MD 20815
>*Counsel for Defendant, Greater Southeast Community Hospital*

_____
Danny M. Howell