FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 13 A 10: 49

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | |
|---|---|
| EVELYN DIANE COWIE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. L 97-43 |
| JOSEPH C. BOSCHULTE, M.D, *et al.* | ) |
| Defendants. | ) |

## SUPPLEMENTAL STATUS REPORT OF LEGION INSURANCE COMPANY AND PSYCHIATRISTS' RISK RETENTION GROUP, INC.

Previously, intervenors Legion Insurance Company and Psychiatrists' Risk Retention Group, Inc. (collectively, "Legion"), by counsel, pursuant to this Court's previous Order directing that the Court be advised by July 31, 2001, as to the status of intervenors' declaratory judgment action, styled <u>Legion Insurance Company, et al. v. Boschulte, et al.</u>, Civil Action No. 97-7586, Superior Court of the District of Columbia, had advised the Court that the Superior Court anticipated issuing its decision shortly.

Since then, the Superior Court has issued its Memorandum Opinion and Order declaring that there is no coverage or defense obligation under the Legion policy for the claims of the plaintiff herein. A copy of the opinion and order of the Superior Court, dated August 1, 2001, is enclosed herewith. Counsel for plaintiff has indicated plaintiff has not yet determined whether she will take an appeal from the order of the Superior Court.

✓ Thank you for this report. Please keep me advised.

B. Legg
USDJ
8/16/01

