UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

August 27, 2001

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 28  A 10: 50

CLERK'S OFFICE
AT BALTIMORE
                    DEPUTY

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL RE:   Evelyn Cowie v. Joseph Boschulte, MD, et al.
                            Civil #L-97-43

Dear Counsel:

I have received the status report on the District of Columbia case, *Legion Ins. Co., et al. v. Boschulte, et al.* The trial court ruled that there was no coverage or defense obligation under the Legion policy for plaintiff's claim. Plaintiff is deciding whether to appeal.

The firm of Montedonico, Hamilton and Altman, P.C. (through Steven Hamilton and Karen Turner) has moved to withdraw as counsel for defendant Greater Southeast Community Hospital ("GSCH"). The firm has given proper notice to the defendant and the defendant has made no objection. Accordingly, the motion to withdraw appearance is hereby GRANTED.

Mr. Hamilton shall send a copy of this memorandum order to GSCH. GSCH is in bankruptcy and will be represented by the Trustee.

This case will remain closed pending a motion to reopen for good cause shown.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File