UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

EVELYN DIANE COWIE,

    Plaintiff,

v.      :   Civil No. L-97-43

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION, et al.,

    Defendants.

## LINE WITHDRAWING APPEARANCE

**TO THE CLERK:**

Pursuant to this Court's Order dated August 28, 2001, please withdraw the appearance of **Steven A. Hamilton, Esquire, Karen Roberts Turner, Esquire,** and **Montedonico, Hamilton & Altman, P.C.**, as counsel for the defendant, **Greater Southeast Community Hospital,** in the above-captioned matter.

Respectfully submitted,

**MONTEDONICO, HAMILTON & ALTMAN, P.C.**

By: /s/ Steven A. Hamilton
Steven A. Hamilton
(D.C. Bar No. 953539)
Karen Roberts Turner
(D.C. Bar No. 434543)
5454 Wisconsin Avenue
Barlow Building, Suite 1300
Chevy Chase, Maryland 20815
301-652-7332

MONTEDONICO, HAMILTON,
& ALTMAN, P.C.
ATTORNEYS AT LAW
THE BARLOW BUILDING
5454 WISCONSIN AVENUE
SUITE 1300
CHEVY CHASE, MD 20815
(301) 652-7332

GRANTED
MOTION " ___ " this 17TH day of October 20 01.

/s/ Benson Everett Legg
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Line Withdrawing Appearance was mailed, first-class, postage prepaid, on this 15th day of October, 2001, to:

Andrew E. Vernick, Esquire
**Wharton, Levin, Ehrmantraut,**
   **Klein & Nash**
104 West Street
Annapolis, Maryland 21401

Steven K. Fedder, Esquire
**Piper, Marbury, Rudnick & Wolfe, LLP**
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Caroline E. Petro, Esquire
**Piper, Marbury, Rudnick & Wolfe, LLP**
1200 19th Street, N.W.
Washington, D.C. 200036-2412

Gary R. Alexander, Esquire
Todd K. Pounds, Esquire
**Alexander & Cleaver, P.A.**
11414 Livingston Road
Ft. Washington, Maryland 20744

Steven A. Hamilton

MONTEDONICO, HAMILTON,
& ALTMAN, P.C.
ATTORNEYS AT LAW
THE BARLOW BUILDING
5454 WISCONSIN AVENUE
SUITE 1300
CHEVY CHASE, MD 20815
(301) 652-7332